BART M. DAVIS, ID STATE BAR NO. 2696
UNITED STATES ATTORNEY
**JAMES P. SCHAEFER, CA STATE BAR NO. 250417**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, IDAHO  83712
TELEPHONE:  (208) 334-1211
FACSIMILE:   (208) 334-1414
James.Schaefer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JIMMIE LEE PELTON,<br><br>    Defendant. | Case No.<br><br>**COMPLAINT** |

Plaintiff United States of America ("United States"), through its counsel, Bart M. Davis, United States Attorney for the District of Idaho, and James P. Schaefer, Assistant United States Attorney, alleges the following:

**NATURE OF THIS ACTION**

1. This is an action under the False Claims Act ("FCA"), as amended, 31 U.S.C. §§ 3729-3733, and common law, alleging that from April 26, 2016 through February 28, 2017, Defendant Jimmie Lee Pelton ("Pelton") knowingly submitted false claims for unemployment

COMPLAINT - 1

insurance benefits to the United States Railroad Retirement Board ("RRB"), a department and agency of the United States.

2. The United States seeks both damages and civil penalties for the false and fraudulent claims Pelton knowingly submitted or caused to be submitted to the RRB.

## JURISDICTION AND VENUE

3. The Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1345, and 1367(a).

4. The Court may exercise personal jurisdiction over Pelton pursuant to 31 U.S.C. § 3732(a).

5. Venue is proper in the District of Idaho pursuant to 31 U.S.C. § 3732 and 28 U.S.C. § 1391(b) because at all relevant times, Pelton resided in this District, transacted business in this District, and committed acts in violation of 31 U.S.C. § 3729 within the District.

## PARTIES

6. The United States is the Plaintiff in this action, and brings this action on behalf of the RRB.

7. Defendant Pelton is a former railroad employee within the meaning of the Railroad Unemployment Insurance Act (the "Act"), as amended, 45 U.S.C. § 351, *et. seq*.

## GENERAL ALLEGATIONS

8. The Act provides unemployment benefits to qualified railroad employees. Under the Act, unemployment benefits may not be claimed for any day that the claimant worked, accrued or received compensation from any employer, or was self-employed.

9. On or about January 27, 2016, to apply for RRB unemployment insurance benefits, Pelton submitted an RRB Form UB-1 – Application for Unemployment Benefits and Employment Service. When filling out this application, Pelton was given RRB Booklet UB-10 – Unemployment

COMPLAINT - 2

Benefits for Railroad Employees, which describes the rules and reporting requirements for collecting RRB unemployment insurance benefits.  Pelton certified by his electronic signature on RRB Form UB-1 that he understood civil and criminal penalties could be imposed for false or fraudulent statements or withholding information from the RRB.

10. After submitting RRB Form UB-1, Pelton received an RRB Form UI-35 – Field Office Record of Claimant Interview.  Pelton completed, signed, and returned RRB Form UI-35, certifying: "I have been given a copy of Booklet UB-10 and have been told to read it.  I know that I must immediately report to the Railroad Retirement Board (RRB) any changes which might affect my entitlement to benefits.  I understand that civil and criminal penalties, including fines and imprisonment may be imposed on me for false or fraudulent statements or claims or for withholding information to get benefits from the RRB."

11. As part of the application process, Pelton also signed an RRB Form UI-35c – Certification and Authorization Under The Railroad Unemployment Insurance Act, certifying: "To receive unemployment benefits, I know that I must be UNEMPLOYED, ABLE TO WORK, and READY AND WILLING TO WORK on all days for which I claim benefits. . . . I know I must REPORT, on each claim I file, the dates on which I perform any kind of railroad or non-railroad EMPLOYMENT, including part-time and self-employment in any business or occupation."

12. By signing RRB Form UI-35c, Pelton also certified that he understood:  "A fine or jail sentence may be imposed . . . for making false or fraudulent claims or withholding information to get benefits," that he would be "disqualified from receiving benefits for 75 days" after committing fraud, and "[b]enefits paid for days in the disqualification period must be repaid to the RRB."

13. After completing the initial application process, Pelton submitted an unemployment insurance claim every two weeks on an RRB Form UI-3.  Pelton submitted these

COMPLAINT - 3

claims through either the U.S. mail or the RRB Benefit Online Services web page located at www.rrb.gov.

14. Between April 26, 2016, and February 28, 2017, Pelton submitted twenty-two RRB Form UI-3s to the RRB. On each of these claims, Pelton certified with his signature that he understood the requirements for claiming unemployment benefits, that he had read the literature explaining eligibility requirements, and that he knew civil and criminal penalties may be imposed for false or fraudulent statements or claims, or for withholding information, to get benefits. Pelton further certified that the information on each claim was "true, correct, and complete."

15. Among the questions Pelton answered for each claim was question 5(a), which asked: "Have you worked for a non-railroad employer since your last day of railroad work?"

16. Pelton knew that: (a) he was required to report all full-time and part-time work to the RRB; (b) if he answered "no" to question 5(a), he would receive unemployment benefits; and (c) if he answered "yes" to question 5(a), he would not receive unemployment benefits.

17. On all twenty-two claims, Pelton falsely answered "no" to question 5(a).

18. Pelton knew his answer to question 5(a) was false because he knew that he had worked for a non-railroad employer since his last day of railroad work.

19. Pelton also knew that all twenty-two claims were false because he falsely indicated that he had not worked on specific days for which he was seeking unemployment insurance benefits, when, in fact, he had worked for and received compensation from an employer on those days.

20. Pelton's representations that he had not worked for a non-railroad employer and that he was not employed on the days for which he was seeking unemployment insurance

COMPLAINT - 4

benefits were material to the RRB's decision to pay Pelton unemployment insurance benefits. Had the RRB known that Pelton had been employed by a non-railroad employer and was employed on the days for which he was seeking unemployment insurance benefits, the RRB would have denied all twenty-two claims submitted by Pelton between April 26, 2016, and February 28, 2017.

21. As a result of Pelton's false claims, he received $14,285.15 in unemployment insurance benefits from the RRB that he was not entitled to receive because he was employed on the days for which he claimed unemployment insurance benefits.

22. Under the Act, otherwise eligible railroad employees are disqualified from receiving RRB unemployment insurance benefits for a period of 75 days from the first day of any claim period in which they submit a fraudulent claim. Accordingly, as result of the false claims that he submitted, Pelton was disqualified from receiving RRB unemployment insurance benefits during certain periods between April 26, 2017 and May 12, 2017. During the periods that he was otherwise eligible to receive RRB unemployment insurance benefits but disqualified due to his fraud, Pelton received $1,140.34 in RRB unemployment insurance benefits that he was not entitled to receive.

## COUNT ONE
## VIOLATIONS OF THE FCA (31 U.S.C. § 3729)

23. The United States realleges and incorporates by reference each allegation in the preceding paragraphs as if fully set forth herein.

24. From April 26, 2016, through February 28, 2017, Pelton knowingly presented or caused to be presented, false or fraudulent claims for payment or approval by the government, in violation of 31 U.S.C. § 3729(a)(l), by submitting claims to the RRB for unemployment benefits that he was not entitled to receive because he was employed at the time.

COMPLAINT - 5

25. The RRB paid unemployment benefits to Pelton because of his false representations that he was not employed.

26. Pelton's false representations that he was not employed were material to the decision by the RRB to pay the false and fraudulent claims.

27. By reason of Pelton's violations of 31 U.S.C. § 3729(a)(l), the United States has sustained $14,285.15 in damages.

28. By reason of Pelton's violations of 31 U.S.C. § 3729(a)(l), Pelton is liable to the United States for treble damages, *i.e.*, $42,855.45. Pelton is also liable for civil penalties of not less than $10,957 and not more than $21,916 for each violation.

## COUNT TWO
## COMMON LAW FRAUD

29. The United States realleges and incorporates by reference each allegation in the preceding paragraphs as if fully set forth herein.

30. From April 26, 2016, through February 28, 2017, Pelton engaged in a pattern or practice of making representations, false statements, and false claims for unemployment benefits to the RRB, intending the United States to rely upon those false representations, statements, and claims for payment, specifically representing that he was not employed, when in fact, he was employed.

31. Pelton knew or should have known that his claims were false, because he knew he was employed on dates he claimed he was not employed.

32. The United States relied upon Pelton's materially false representations and, as a result, has sustained $15,425.49 in damages. This amount consists of $14,285.15 that Pelton received as a result of his false claims and $1,140.34 that Pelton received during the periods he was disqualified from receiving RRB unemployment insurance benefits due to his fraud.

COMPLAINT - 6

## COUNT THREE
## UNJUST ENRICHMENT

33. The United States realleges and incorporates by reference each allegation in the preceding paragraphs as if fully set forth herein

34. Because of Pelton's conduct as set forth herein, he has been unjustly enriched with federal monies which, in good conscience, he should not be allowed to retain.

35. Pelton has been unjustly enriched to the detriment of the United States in the amount of $15,425.49. This amount consists of $14,285.15 that Pelton received as a result of his false claims and $1,140.34 that Pelton received during the periods he was disqualified from receiving RRB unemployment insurance benefits due to his fraud.

## COUNT FOUR
## PAYMENT BY MISTAKE

36. The United States realleges and incorporates by reference each allegation in the preceding paragraphs as if fully set forth herein

37. As a consequence of the acts set forth above, Pelton was paid $14,285.15 by mistake. Under the circumstances, in equity and good conscience, this amount should be returned.

38. The United States claims the recovery of $15,425.49, which Pelton has received by payment by mistake. This amount consists of $14,285.15 that Pelton received as a result of his false claims and $1,140.34 that Pelton received during the periods he was disqualified from receiving RRB unemployment insurance benefits due to his fraud.

## PRAYER FOR RELIEF

WHEREFORE, the United States of America prays that this Court enter judgment in its favor and against Defendants, granting the following:

COMPLAINT - 7

      A.      On the First Count, treble damages in the amount of $42,855.45; a civil penalty between $10,957 and $21,916 for each of the twenty-two false claims Pelton submitted; investigative and litigation costs; and such further relief as may be just and proper.

      B.      On Counts Two, damages in the amount of $15,425.49, plus interest, punitive damages, costs and expenses, and such other relief as may be just and proper

      C.      On Counts Three and Four, the amount by which Pelton was unjustly enriched and by which he retained illegally obtained monies or monies paid by mistake, $15,425.49, plus interest, costs and expenses, and for such other relief as may be just and proper.

DATED this 28th day of August 2018.

                BART M. DAVIS
                UNITED STATES ATTORNEY
                By:

                /s/ James P. Schaefer
                JAMES P. SCHAEFER
                Assistant United States Attorney

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____     _____
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:

**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
  **(b)** **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
  **(c)** **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.**  (See Section III below**; NOTE: federal question actions take precedence over diversity cases.)**

**III.** **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.** **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.