UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 4:18-cv-00381-BLW |
|---|---|
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT AGAINST DEFENDANT JIMMIE LEE PELTON** |
| JIMMIE LEE PELTON, | |
| Defendant. | |

This matter has come before the Court pursuant to the Plaintiff United States' Complaint (ECF No. 1) and pursuant to the Plaintiff's Application for Entry of Default and Default Judgment Against Defendant (ECF No. 4.) The Plaintiff supports its application by declaration. The Clerk of the Court entered the Clerk's Entry of Default (ECF No. 5). The Clerk entered the default pursuant to Federal Rules of Civil Procedure 55(a) because the Defendant failed to plead, answer, or otherwise defend as required by law.

Through its filings, the Plaintiff seeks a default judgment pursuant to Federal Rules of Civil Procedure 55(b) for a sum made certain by calculation and supports this claim by a declaration filed.

THEREFORE, IT IS HEREBY ORDERED that Default Judgment is entered against Defendant Jimmie Lee Pelton in favor of the United States of America for: (1) the amount of $54,952.79; (2) post-judgment interest accruing at the applicable rate; and (3) costs, including the $350 filing fee under 28 U.S.C. § 1914(a).

FURTHERMORE, the Clerk of the Court is hereby ORDERED to close this case.



DATED: October 25, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court